EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Integración de las Salas de Despacho | 2016 TSPR 16<br><br>194 DPR \_\_\_\_ |

Número del Caso: ES-2016-01

Fecha: 1 de febrero de 2016

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re* Integración de las
Salas de Despacho

*RESOLUCIÓN*

San Juan, Puerto Rico, a 1 de febrero de 2016.

Según lo dispuesto en la Regla 4(d) del Reglamento del Tribunal Supremo, 4 L.P.R.A. Ap. XXI-B, se constituyen las siguientes Salas de Despacho para que funcionen mientras el Pleno esté compuesto de ocho Juezas y Jueces:

*Primera Sala de Despacho*:

Hon. Anabelle Rodríguez Rodríguez, Presidenta
Hon. Mildred G. Pabón Charneco
Hon. Erick V. Kolthoff Caraballo
Hon. Luis F. Estrella Martínez

*Segunda Sala de Despacho:*

Hon. Rafael L. Martínez Torres, Presidente
Hon. Edgardo Rivera García
Hon. Roberto Feliberti Cintrón
Hon. Maite D. Oronoz Rodríguez

De surgir un empate en la votación de alguna de las Salas de Despacho, se designará a otra Jueza u otro Juez que no forme parte de esa Sala. Tal designación se hará en orden sucesivo de antigüedad.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo, Interina